Busching, Curt -

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>P.O. BOX 650448<br>DALLAS, TX 75265-0448 | CITIFINANCIAL<br>153 E. 53RD ST.<br>NEW YORK, NY 10022 | MARVIN L. SCOTT<br>C/O DOUG NOBLE ESQ<br>P.O. BOX 23066<br>JACKSON, MS 39225 |
| BANK PLUS<br>385 A HIGHLAND PARKWAY<br>RIDGELAND, MS 39157 | CLUB CAR<br>4125 WASHINGTON RD.<br>EVANS, GA 30809 | MISSOURI HIGHER EDUCAT<br>P.O. BOX 1022<br>CHESTERFIELD, MO 63006 |
| BANKFIRST<br>201 BANKFIRST DR.<br>FLOWOOD, MS 39232 | DEBORAH BUSCHING<br>18 P.R. 3057<br>UNIT 7<br>OXFORD, MS 38655 | NATIONAL CITY<br>995 DALTON AVE.<br>CINCINNATI, OH 45203 |
| BANKPLUS<br>4450 OLD CANTON RD.<br>JACKSON, MS 39211 | TAYLOR DUNN<br>2114 W. BALL RD.<br>ANAHEIM, CA 92804 | PRINSBANK<br>508 THIRD STREET<br>PRINSBURG, MN 56281 |
| BANKPLUS% WM B STEWART<br>600 CONCOURSE #100<br>1076 HIGHLAND COLONY<br>RIDGELAND, MS 39157 | FIA CARD SERVICES<br>P.O. BOX 15019<br>WILMINGTON, DE 19850 | REGIONS BANK<br>321 3RD AVE S.<br>BIRMINGHAM, AL 35233 |
| JOHN L. BLACK<br>C/O BRUNINI, GRANTHAM<br>190 E CAP ST. ST 100<br>JACKSON, MS 39201 | FIRST COMMERCIAL<br>1300 MEADOWBROOK RD.<br>JACKSON, MS 39211 | SALLIE MAE<br>P. O. BOX 9532<br>WILKES BARRE, PA 18773 |
| BEVERLY BUSCHING<br>222 FOX HOLLOW<br>RIDGELAND, MS 39157 | GCOM<br>235 HWY 51<br>RIDGELAND, MS 39157 | MARVIN L. SCOTT<br>214 ST. ANDREWS<br>JACKSON, MS 39211 |
| CAPITAL ONE<br>P.O. BOX 6492<br>CAROL STREAM, IL 60197-6492 | GE CAPITAL<br>44 OLD RIDGEBURY RD.<br>DANBURY, CT 06810 | TRUSTMARK NATIONAL BNK<br>248 EAST CAPITOL ST.<br>JACKSON, MS 39201 |
| CIMERRON<br>P.O. BOX 12830<br>JACKSON, MS 39236 | GMAC<br>P.O. BOX 9001951<br>LOUISVILLE, KY 40290 | VGM<br>1111 W. SAN MARNAN DR.<br>WATERLOO, IA 50701 |

Busching, Curt -


WACHOVIA
109 W. JACKSON ST.
RIDGELAND, MS 39157


RANDY WATKINS
C/O BRUNINI, GRANTHAM
190 E CAP ST. ST 100
JACKSON, MS 39201