UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

CURT CHARLES BUSCHING,　　　　　　　　　　　　CASE NO. 09-03131-EE

DEBTOR.　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7

## APPEARANCE OF COUNSEL

Watkins Ludlam Winter & Stennis, P.A. of Jackson, Mississippi enters its appearance as counsel of record for National City Golf Finance, a division of National City Commercial Capital Company, LLC in the above-referenced Chapter 7 proceeding. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, we request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the Debtor.

DATED: September 18, 2009.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　NATIONAL CITY GOLF FINANCE, A DIVISION OF
　　　　　　　　　　　　　　　　NATIONAL CITY COMMERCIAL CAPITAL
　　　　　　　　　　　　　　　　COMPANY, LLC

　　　　　　　　　　　　　　　　By Its Attorneys,
　　　　　　　　　　　　　　　　WATKINS LUDLAM WINTER & STENNIS, P.A.


　　　　　　　　　　　　　　　　s/ Kristina M. Johnson

2995264.1/17811.30858

Kristina M. Johnson
Bar No. 9382
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone (601) 949-4785
Telecopy (601) 949-4804
Email kjohnson@watkinsludlam.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

> R. Michael Bolen, Esq.
> USTPRegion05.JA.ECF@usdoj.gov
>
> Eileen N. Shaffer, Esq.
> enslaw@bellsouth.net
>
> Derek A. Henderson, Trustee
> d_henderson@bellsouth.net

DATED: September 18, 2009.

> s/ Kristina M. Johnson

2995264.1/17811.30858