IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CURT CHARLES BUSCHING, | ) | CASE NO. 09-03131-EE |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglas C. Noble, Christopher R. Maddux and the law firm of Phelps Dunbar LLP hereby appears as counsel for Marvin L. Scott herein and demands service of all notice and papers in this proceeding upon:

> Douglas C. Noble
> Christopher R. Maddux
> PHELPS DUNBAR LLP
> 111 East Capitol • Suite 600
> Post Office Box 23066
> Jackson, Mississippi 39225-3066
> Telephone:  (601) 352-2300
> Facsimile:  (601) 360-9777
> E-mail:  doug.noble@phelps.com
> madduxc@phelps.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case,

PD.3853597.1

(iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

THIS the 12th day of October, 2009.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: /s/ *Douglas C. Noble*

Douglas C. Noble, MS Bar No. 10526
Christopher R. Maddux, MS Bar No. 100501
**PHELPS DUNBAR LLP**
111 East Capitol • Suite 600
Jackson, Mississippi 39201
Post Office Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile: (601) 360-9777
www.phelpsdunbar.com

## **CERTIFICATE OF SERVICE**

     I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and that the same was served electronically on all parties enlisted to receive service electronically and separately served by email the following:

| | |
|---|---|
| Derek A. Henderson, Trustee<br>d_henderson@bellsouth.net | Eileen N. Shaffer, Esq.<br>enslaw@bellsouth.net |
| R. Michael Bolen, Esq.<br>USTPRegion05.JA.ECF@usdoj.gov | |

SO CERTIFIED, this the 12th day of October, 2009.

                                          /s/ *Douglas C. Noble*