## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE:                                                                   CHAPTER 7 PROCEEDING
CURT CHARLES BUSCHING, DEBTOR          CASE NO. 09-03131-ee

### APPEARANCE OF COUNSEL

Shapiro & Massey, L.L.P. of Jackson, Mississippi, enters its appearance of counsel of record for Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc. in the above referenced bankruptcy. Pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise, which affect the Debtor or property of the Debtor.

Dated: This the 12th day of October, 2009.

                                                                     Respectfully submitted
                                                                     SHAPIRO & MASSEY, L.L.P.


                                                                     /s/ J. Gary Massey
                                                                     J. Gary Massey

## CERTIFICATE OF SERVICE

I, J. Gary Massey, of the firm of Shapiro & Massey, L.L.P., do hereby certify that I have this date provided a copy of the foregoing Notice of Appearance either by electronic case filing or by United States mail postage pre-paid to the following:

Derek A. Henderson,
trusteehenderson@bellsouth.net

Hon. Eileen N. Shaffer, Attorney for the Debtor
enslaw@bellsouth.net

Hon. R. Michael Bolen, Office of the U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov


Dated: October 12, 2009

                                              Respectfully submitted
                                              SHAPIRO & MASSEY, L.L.P.


                                              /s/ J. Gary Massey
                                                J. Gary Massey


Presented by:
J. Gary Massey, MSB #1920
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9288
BK Case No. 09-03131-ee