| DANNY L. MILLER<br>CLERK<br>(601) 965–5301 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>JACKSON, MISSISSIPPI 39225–2448 | MAILING ADDRESS:<br>P. O. BOX 2448<br>STREET ADDRESS:<br>ROOM 101<br>100 EAST CAPITOL STREET |
|---|---|---|

**Parties Noticed:**

Curt Charles Busching, Debtor

Eileen N. Shaffer, Attorney for Debtor

Derek A. Henderson, Chapter 7 Trustee

J. Gary Massey, Attorney for Cimarron Mortgage Company as Server for Mortgage Elec. Regis. Systems, Inc.

**In re:**    Curt Charles Busching

**Bankruptcy Case No.:**  09−03131−ee

**YOU ARE HEREBY NOTIFIED** that there will be a Combined Preliminary and Final Hearing on:

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR OTHER RELIEF (Dkt # 12), filed by Cimarron Mortgage Company as Server for Mortgage Electronic Registration Systems, Inc.,**

in regard to the above referenced case on **Tuesday, November 17, 2009** at **09:00 AM** , or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**YOU ARE FURTHER NOTIFIED** that you are required to serve an ANSWER or Response to this Motion upon the attorney for the plaintiff at his address listed above and to file the Answer or Response with this Court on or before **November 12, 2009** . IN THE EVENT SUCH WRITTEN ANSWER OR OTHER RESPONSIVE PLEADING IS NOT SO FILED ON OR BEFORE THIS DATE, THE COURT MAY ENTER AN ORDER EX PARTE WITHOUT THE HEARING ON November 17, 2009 . HOWEVER, THE HEARING WILL REMAIN ON THE COURT DOCKET UNTIL AN ORDER HAS BEEN SUBMITTED BY ONE OF THE PARTIES.

ARRANGEMENTS FOR A COURT RECORDER, IF DESIRED, MAY BE MADE BY CONTACTING THE COURT AT YOUR EARLIEST CONVENIENCE OR AT LEAST FIVE (5) DAYS PRIOR TO THE SCHEDULED HEARING. A COURT RECORDER WILL THEN BE PROVIDED BY THE BANKRUPTCY COURT.

**Please notify your clients of this hearing.**

**DATED:** 10/22/09

EDWARD ELLINGTON
U. S. BANKRUPTCY JUDGE

hn001ee−lsn

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: ksimmons              Page 1 of 1                   Date Rcvd: Oct 22, 2009
Case: 09-03131                Form ID: hn001ee            Total Noticed: 2

The following entities were noticed by first class mail on Oct 24, 2009.
db          +Curt Charles Busching,    18 P.R. 3057,    Unit 7,    Oxford, MS 38655-5541
            +Curt Charles Busching,    222 Forest Lake Drive,    Madison, MS 39110-9421
The following entities were noticed by electronic transmission.                                         TOTAL: 0
NONE.
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2009**                    **Signature:** *Joseph Speetjens*