## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                    CHAPTER 7
CURT CHARLES BUSCHINGCASE NO. 09-03131-ee

---

### CERTIFICATE OF COMPLIANCE

---

I, Eileen N. Shaffer, attorney for Debtor do hereby certify that I have this day complied

with the standing order dated February 13, 2006 regarding pay advices and have provided  a copy

of said pay advices to the Trustee, Derek A. Henderson, 111 E. Capitol Street, Suite 455,

Jackson, MS 39201.

DATED, this the _____ day of _____ , 2009.


_____
EILEEN N. SHAFFER


EILEEN N. SHAFFER
Post Office Box 1177
Jackson, MS 39215-1177
(601) 969-3006


### CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Debtor  do hereby certify that I have sent
electronically, a true and correct copy of the above and foregoing Certificate of Compliance to
the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, Mississippi 39269.

**SO CERTIFIED,** this the _____ day of _____ , 2009.


_____
EILEEN N. SHAFFER