PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 § 341 MEETING
DATE: 11/12/09

IN RE: CURT CHARLES BUSCHING                            CASE NO: 09-03131 EE

**APPEARANCES:**
(✓) DEBTOR 1                                            ( ) DEBTOR 2 (Wife in Joint Cases)
    (✓) Required picture I.D. produced               ( ) Required picture I.D. produced
    (✓) Required SSN verification produced            ( ) Required SSN verification produced
    (✓) Pay advices received _unemployed_             ( ) Pay advices received
Abuse / No Abuse designation is ( ) accurate ( ) inaccurate because _business debt_

Credit counseling certificate (✓) filed ( ) not filed
Tax returns received for __2008__ (years) on ____
Financial Documents were ( ) retained by trustee (✓) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE ____
(✓) ATTORNEY FOR DEBTOR(S): ____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain complete pro se form.

THE MEETING OF CREDITORS WAS:
    (✓) HELD
    or
    ( ) NOT HELD
    or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF ____,
20__ AT ____ O'CLOCK ____.M.

YES (✓) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR (s) _Marvin Scott, Kryoti Johnson for PNC (formerly National City)_

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within ____ Days of 341(a) Meeting.
( ) OTHER: ____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
____

ADDITIONAL NOTES: _Possible Assets_

DATED: _11/12/09_                TRUSTEE: __DEREK A. HENDERSON__
Track # ____ or Tape # ____ Side ____ Counter Start # ____