## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 PROCEEDING |
| CURT CHARLES BUSCHING, DEBTOR | CASE NO. 09-03131-ee |
| | |
| CIMARRON MORTGAGE COMPANY AS SERVICER FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | PLAINTIFF |
| | |
| VS. | |
| | |
| CURT CHARLES BUSCHING | DEFENDANT |

### AGREED ORDER
### DOCKET NO. 12

THIS CAUSE came on to be heard on the motion to lift automatic stay filed by Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc., and the Court being advised that the Defendant has agreed to Plaintiff's Motion and being fully advised in the premises finds as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C. 362 be modified to allow Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc. to initiate foreclosure proceedings against Defendant's property described as follows:

> Lot 5, Annandale Estates, Part One, a subdivision according to the map or plat thereof which is on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi in Plat Cabinet C. at Slide 119, reference to which is hereby made in aid of and as a part of this description.

and being subject to that Deed of Trust recorded in the Madison County Chancery Clerk's office in Book 2007 at Page 206. Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 53 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent case filed by the Debtor under the

Bankruptcy Code or conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b) and that Rule 4001(a)(3) is not applicable allowing Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc. to immediately enforce and implement this Order granting relief from the automatic stay.

ORDERED AND ADJUDGED

AGREED TO:

*[signature]*
J. Gary Massey, Attorney for Plaintiff

*See attached*
Hon. Eileen N. Shaffer, Attorney for Debtor

*See attached*
Derek A. Henderson, Trustee

Presented by:
J. Gary Massey, MSB #1920
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9288
BK Case No. 09-03131-ee

Bankruptcy Code or conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b) and that Rule 4001(a)(3) is not applicable allowing Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc. to immediately enforce and implement this Order granting relief from the automatic stay.

ORDERED AND ADJUDGED

AGREED TO:

J. Gary Massey, Attorney for Plaintiff

Hon. Eileen N. Shaffer, Attorney for Debtor

Derek A. Henderson, Trustee

Presented by:
J. Gary Massey, MSB #1920
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9288
BK Case No. 09-03131-ee