IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:                                                          CHAPTER 7 PROCEEDING
CURT CHARLES BUSCHING, DEBTOR                                   CASE NO. 09-03131-ee

CIMARRON MORTGAGE COMPANY AS SERVICER
FOR MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.                                                   PLAINTIFF

VS.

CURT CHARLES BUSCHING                                           DEFENDANT

## AGREED ORDER
## DOCKET NO. 12

THIS CAUSE came on to be heard on the motion to lift automatic stay filed by Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc., and the Court being advised that the Defendant has agreed to Plaintiff's Motion and being fully advised in the premises finds as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C. 362 be modified to allow Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc. to initiate foreclosure proceedings against Defendant's property described as follows:

> Lot 5, Annandale Estates, Part One, a subdivision according to the map or plat thereof which is on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi in Plat Cabinet C. at Slide 119, reference to which is hereby made in aid of and as a part of this description.

and being subject to that Deed of Trust recorded in the Madison County Chancery Clerk's office in Book 2007 at Page 206. Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 53 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent case filed by the Debtor under the

Bankruptcy Code or conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b) and that Rule 4001(a)(3) is not applicable allowing Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc. to immediately enforce and implement this Order granting relief from the automatic stay.

ORDERED AND ADJUDGED

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: December 4, 2009

AGREED TO:

_____
J. Gary Massey, Attorney for Plaintiff

*See attached*
Hon. Eileen N. Shaffer, Attorney for Debtor

*See attached*
Derek A. Henderson, Trustee

Presented by:
J. Gary Massey, MSB #1920
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9288
BK Case No. 09-03131-ee

Bankruptcy Code or conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b) and that Rule 4001(a)(3) is not applicable allowing Cimarron Mortgage Company as servicer for Mortgage Electronic Registration Systems, Inc. to immediately enforce and implement this Order granting relief from the automatic stay.

ORDERED AND ADJUDGED

AGREED TO:

J. Gary Massey, Attorney for Plaintiff

Hon. Eileen N. Shaffer, Attorney for Debtor

Derek A. Henderson, Trustee

Presented by:
J. Gary Massey, MSB #1920
SHAPIRO & MASSEY, L.L.P.
1910 Lakeland Drive, Suite B
Jackson, MS 39216
Telephone No: (601)981-9299
Facsimile No. (601)981-9288
BK Case No. 09-03131-ee

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: ksimmons              Page 1 of 1              Date Rcvd: Dec 04, 2009
Case: 09-03131                Form ID: pdf012             Total Noticed: 1

The following entities were noticed by first class mail on Dec 06, 2009.
db           +Curt Charles Busching,   18 P.R. 3057,   Unit 7,   Oxford, MS 38655-5541

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2009**                    **Signature:** _Joseph Speetjens_