IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:  CURT CHARLES BUSCHING                                    CASE NO.  09-03131-ee
                                                                 CHAPTER 7

NOTICE OF APPEARANCE AND
REQUEST FOR ALL COPIES AND PLEADINGS

NOTICE IS HEREBY GIVEN that William H. Leech and Danny E. Ruhl of Copeland, Cook, Taylor & Bush, P.A., Post Office Box 6020, Ridgeland, Mississippi 39158, have entered their appearance on behalf of BankPlus.

REQUEST IS HEREBY MADE on behalf of BankPlus that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers served or required to be served in this case, including but not limited to motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization, reports, and other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed in person or by mail, delivery, telephone, telegraph, telex or otherwise, which relate or affect the above styled and numbered cause.

                                        Respectfully submitted,

                                        **BANKPLUS**


                                        By:  /s/ William H. Leech_____
                                            William H. Leech, MSB No. 1175
                                            Danny E. Ruhl, MSB No. 101576
                                            Its Attorneys

OF COUNSEL

**COPELAND, COOK, TAYLOR & BUSH, P.A.**
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
bleech@cctb.com
druhl@cctb.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served via the Court's ECF Notification System, a true and correct copy of the above and foregoing Notice of Appearance to:

    Eileen H. Shaffer, Esquire
    P.O. Box 1177
    Jackson, MS  39215-1177
    Attorney for Debtor

    Derek A. Henderson, Esquire
    111 E. Capitol Street, Suite 455
    Jackson, MS  39201
    Chapter 7 Trustee

    R. Michael Bolen, Esquire
    U. S. Trustee
    100 West Capitol St, Ste 706
    Jackson, MS 39269

This the 8th day of December, 2009.

                                                /s/ William H. Leech _____
                                                Of Counsel