IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                              BANKRUPTCY PROCEEDING

CURT CHARLES BUSCHING                                               CASE NO. 09-03131 EE

**MOTION TO EXTEND DEADLINE FOR FILING A §523 AND/OR §727 COMPLAINT**

COMES NOW Derek A. Henderson, Trustee and files this his Motion to Extend Deadline for File a §523 and/or §727 Complaint, and in support thereof would show unto the Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and 28 U.S.C. §157. This matter is a core proceeding.

2.

On September 9, 2009, Curt Charles Busching ("Debtor") filed his petition under Chapter 7 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. Derek A. Henderson was appointed the Chapter 7 Trustee ("Trustee").

3.

The Court has set a deadline date of January 11, 2010 to file a complaint objecting to discharge of the Debtor or to determine dischargeability of certain debts. The Trustee requests the Court to extend the deadline to file an objection to discharge or to determine dischargeability of certain debts until March 31, 2010. This case contains issues that require additional time for investigation and review.

WHEREFORE, the Trustee requests the Court to find that his Motion to Extend Deadline for File a §523 and/or §727 Complaint is well taken and should be granted.

Respectfully submitted,

BY:    s/ Derek A. Henderson
       DEREK A. HENDERSON, TRUSTEE
       AND ATTORNEY FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Extend Deadline for File a §523 and/or §727 Complaint to the following:

United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS 39269

Curt Charles Busching
18 P.R. 3057, Unit 7
Oxford, MS 38655

Eileen N. Shaffer
PO Box 1177
Jackson, MS 39215-1177

This, the 20th day of December, 2009.

                                           s/ Derek A. Henderson
                                           DEREK A. HENDERSON

**DEREK A. HENDERSON**
**Attorney at Law**
**111 East Capitol Street**
**Suite 455**
**Jackson, Mississippi 39201**
**(601) 948-3167**