# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 09−03131−ee
**Chapter:** 7

**In Re: Debtor(s):**

Curt Charles Busching
18 P.R. 3057
Unit 7
Oxford, MS 38655

**Social Security No.:**

xxx−xx−2083

**Employer's Tax I.D. No.:**

## NOTICE OF DEFICIENCY

A Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form B23) has not been filed in this case as required by Bankruptcy Rule 1007(b)(7). This document must be electronically filed into the record within fourteen (14) days of the entry of this notice.

Failure to timely file this document will result in the case being closed without the entry of the discharge and without further notice from the court.*

Date: 12/28/09

Danny L. Miller, Clerk
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225−2448
601−965−5301

*If the case is closed and the debtor still seeks a discharge, a motion and notice to reopen the case to allow the debtor to file a certification of completion of postpetition personal financial management course, Official Form B23 and the accompanying filing fee will be required.