# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 09−03131−ee
**Chapter:** 7

**In Re: Debtor(s):**

Curt Charles Busching
18 P.R. 3057
Unit 7
Oxford, MS 38655

**Social Security No.:**

xxx−xx−2083

**Employer's Tax I.D. No.:**

## NOTICE OF DEFICIENCY

A Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form B23) has not been filed in this case as required by Bankruptcy Rule 1007(b)(7). This document must be electronically filed into the record within fourteen (14) days of the entry of this notice.

Failure to timely file this document will result in the case being closed without the entry of the discharge and without further notice from the court.*

Date: 12/28/09

Danny L. Miller, Clerk
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225−2448
601−965−5301

*If the case is closed and the debtor still seeks a discharge, a motion and notice to reopen the case to allow the debtor to file a certification of completion of postpetition personal financial management course, Official Form B23 and the accompanying filing fee will be required.

# CERTIFICATE OF NOTICE

```
District/off: 0538-3         User: ksimmons              Page 1 of 1                 Date Rcvd: Dec 28, 2009
Case: 09-03131               Form ID: dn008              Total Noticed: 1

The following entities were noticed by first class mail on Dec 30, 2009.
db           +Curt Charles Busching,   18 P.R. 3057,   Unit 7,   Oxford, MS 38655-5541

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2009**                        **Signature:** *Joseph Speetjens*