IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CURT CHARLES BUSCHING | ) | CASE NO. 09-03131-ee |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

**JOINDER IN TRUSTEE'S MOTION TO EXTEND
DEADLINE FOR FILING A § 523 AND/OR § 727 COMPLAINT**

COMES NOW Marvin L. Scott ("Scott"), a creditor and party in interest in this case, and files its *Joinder* in the *Trustee's Motion to Extend Deadline for filing a § 523 and/or § 727 Complaint* [Docket No. 22] (the "Motion"), and in support hereof shows as follows:

1.Scott reincorporates and realleges all matters set forth in the Motion.

2.Further, to the extent that the relief requested by the Trustee is not express in this regard, Scott respectfully requests that all extensions be made applicable to all creditors and parties in interest herein.

WHEREFORE, Scott respectfully requests that the Motion be granted and that the deadlines be extended until and including March 31, 2010, as requested by the Trustee therein, and for such other relief as the Court deems just and proper.

THIS the 4th day of January, 2010.

PD.3904032.1

Respectfully submitted,

MARVIN L. SCOTT

By: __/s/ Douglas C. Noble_____

Douglas C. Noble, MS Bar No. 10526
Christopher R. Maddux, MS Bar No. 100501
**PHELPS DUNBAR LLP**
111 East Capitol Street, Suite 600
Post Office Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile:  (601) 360-9777

## **CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and that the same was served electronically on all parties enlisted to receive service electronically and separately served by email the following:

Derek A. Henderson                  Eileen N. Shaffer
d_henderson@bellsouth.net           enslaw@bellsouth.net

Ronald H. McAlpin
Trial Attorney, Office of the U.S. Trustee
Ronald.McAlpin@usdoj.gov

SO CERTIFIED, this the 4th day of January, 2010.

/s/ *Douglas C. Noble*_____