IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE: CURT CHARLES BUSCHING

CASE NO. 09-03131-EE
CHAPTER 7

## AGREED ORDER GRANTING BANKPLUS' MOTION TO EXTEND DEADLINE FOR FILING A § 523 AND/OR §727 COMPLAINT

**THIS MATTER** came before the Court on BankPlus' Motion to Extend the Deadline for Filing a §523 and/or §727 Complaint (the "Motion", Dkt. No. 27). The Court, having considered the Motion, and having been advised that Debtor's counsel has agreed to the relief requested therein, which relief is consistent with the relief that has also been requested by the Chapter 7 Trustee, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the deadline in the above-captioned bankruptcy case for BankPlus to file a complaint objecting to discharge of the Debtor or to determine dischargeability of certain debts (pursuant to 11 U.S.C. §523 and/or §727) shall be, and it hereby is, extended from January 11, 2010 to March 31, 2010.

**SO ORDERED.**

AGREED TO AND APPROVED FOR ENTRY:

*Eileen N. Shaffer, by D. Ruhl with permission*
Eileen N. Shaffer
Attorney for Debtor

Danny E. Ruhl
An Attorney for BankPlus

1