IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE: CURT CHARLES BUSCHING                    CASE NO. 09-03131-EE
                                                CHAPTER 7

**AGREED ORDER GRANTING BANKPLUS' MOTION TO EXTEND DEADLINE
FOR FILING A § 523 AND/OR §727 COMPLAINT**

**THIS MATTER** came before the Court on BankPlus' Motion to Extend the Deadline for Filing a §523 and/or §727 Complaint (the "Motion", Dkt. No. 27). The Court, having considered the Motion, and having been advised that Debtor's counsel has agreed to the relief requested therein, which relief is consistent with the relief that has also been requested by the Chapter 7 Trustee, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the deadline in the above-captioned bankruptcy case for BankPlus to file a complaint objecting to discharge of the Debtor or to determine dischargeability of certain debts (pursuant to 11 U.S.C. §523 and/or §727) shall be, and it hereby is, extended from January 11, 2010 to March 31, 2010.

**SO ORDERED.**

_____
Edward Ellington
United States Bankruptcy Judge
Dated: January 4, 2010


**AGREED TO AND APPROVED FOR ENTRY:**

Eileen N. Shaffer, by D. Ruhl with permission
_____
Eileen N. Shaffer
Attorney for Debtor

_____
Danny E. Ruhl
An Attorney for BankPlus

1

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: ksimmons              Page 1 of 1          Date Rcvd: Jan 04, 2010
Case: 09-03131                Form ID: pdf012             Total Noticed: 1

The following entities were noticed by first class mail on Jan 06, 2010.
db           +Curt Charles Busching,   18 P.R. 3057,   Unit 7,   Oxford, MS 38655-5541

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2010**                    **Signature:**    _Joseph Speetjens_