UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:

CURT CHARLES BUSCHING,  CASE NO. 09-03131-EE

DEBTOR.  CHAPTER 7

**JOINDER IN TRUSTEE'S MOTION TO EXTEND DEADLINE FOR FILING
A § 523 AND/OR § 727 COMPLAINT [DOCKET NO. 22] AND
REPLY TO MARVIN L. SCOTT'S JOINDER IN TRUSTEE'S
MOTION [DOCKET NO. 26]**

National City Golf Finance, a division of National City Commercial Capital Company, LLC, now known as PNCEF, LLC, d/b/a PNC Equipment Finance ("PNCEF") hereby joins in the relief requested in the Motion to Extend Deadline for Filing a § 523 and/or § 727 Complaint ("Trustee's Motion") **[Docket No. 22]** filed by Derek A. Henderson, Trustee ("Trustee") and replies to the Joinder in Trustee's Motion ("Scott's Joinder") **[Docket No. 26]** filed by Marvin L. Scott ("Scott") in the above-referenced Chapter 7 proceeding. PNCEF agrees with the relief requested in the Trustee's Motion and agrees and replies to paragraph 2 of the Joinder that any extensions of the deadline to file a complaint under § 523 and/or § 727 should be made applicable to all creditors and parties in interest, including specifically PNCEF.

WHEREFORE, PNCEF requests that the Trustee's Motion and Scott's Joinder be approved by the Court and specifically requests that any extensions of the deadline to file a complaint under § 523 and/or § 727 be made applicable to all creditors and parties in interest, including specifically PNCEF. Alternatively, PNCEF requests such other and further relief as the Court deems just and appropriate.

3079232.1/17811.30858

DATED: January 7, 2010.

Respectfully submitted,

NATIONAL CITY GOLF FINANCE, A DIVISION OF NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC, now known as PNCEF, LLC, d/b/a PNC EQUIPMENT FINANCE

By Its Attorneys,
WATKINS LUDLAM WINTER & STENNIS, P.A.

s/ Kristina M. Johnson

Kristina M. Johnson
Bar No. 9382
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone (601) 949-4785
Telecopy (601) 949-4804
Email kjohnson@watkinsludlam.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

R. Michael Bolen, Esq.
USTPRegion05.JA.ECF@usdoj.gov

Eileen N. Shaffer, Esq.
enslaw@bellsouth.net

Derek A. Henderson, Trustee
d_henderson@bellsouth.net

Douglas C. Noble, Esq.
doug.noble@phelps.com

DATED: January 7, 2010.

s/ Kristina M. Johnson