| | | |
|---|---|---|
| **DANNY L. MILLER**<br>CLERK<br>(601) 965−5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>JACKSON, MISSISSIPPI 39225−2448 | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Curt Charles Busching, Debtor

Eileen N. Shaffer, Attorney for Debtor

Derek A. Henderson, Chapter 7 Trustee

Ronald H. McAlpin, Assistant United States Trustee

Douglas C. Noble, Attorney for Marvin L. Scott

Kristina M. Johnson, Attorney for National City Golf Finance dba PNC Equipment Finance (PNCEF)

All Parties Filing a Notice of Appearance

**In re:** Curt Charles Busching

**Bankruptcy Case No.:** 09−03131−ee

NOTICE IS HEREBY GIVEN that there will be a hearing on :

**(1) MOTION TO EXTEND DEADLINE (Dkt # 22), filed by Derek Henderson, Ch 7 Trustee, (2) JOINDER IN TRUSTEE'S MOTION (Dkt # 26), filed by Marvin Scott, (3) JOINDER IN TRUSTEE'S MOTION (Dkt # 31), filed by National Golf Finance, and (4) REPLY (Dkt # 32), filed by National Golf Finance**

in regard to the above referenced matter on **Tuesday, January 26, 2010** at **11:00 AM** , or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 1/12/10                                                                   **EDWARD ELLINGTON**
                                                                                                **U. S. BANKRUPTCY JUDGE**

hn002ee−standard