| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK**<br>(601) 965–5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Curt Charles Busching, Debtor

Eileen N. Shaffer, Attorney for Debtor

Derek A. Henderson, Chapter 7 Trustee

Kristina M. Johnson, Attorney for National City Golf Finance dba PNC Equipment Finance (PNCEF)

Office of the United States Trustee

All Parties Filing a Notice of Appearance

**In re:** Curt Charles Busching

**Bankruptcy Case No.:** 09–03131–ee

NOTICE IS HEREBY GIVEN that there will be a hearing on :

**MOTION TO EXTEND DEADLINE FOR OBJECTION TO DISCHARGE/DISCHARGEABILITY OF DEBT AS TO PNCEF, LLC (Dkt # 29),**

in regard to the above referenced matter on **Tuesday, January 26, 2010** at **11:00 AM** , or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 1/12/10     **EDWARD ELLINGTON**
         **U. S. BANKRUPTCY JUDGE**

hn002ee–standard