IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:

CURT CHARLES BUSCHING           CASE NO. 09-03131 EE
                                              ~~Chapter 11~~ Chapter 7

Debtor.

**AGREED ORDER GRANTING TRUSTEE'S MOTION TO EXTEND DEADLINES FOR FILING OF § 523 AND/OR § 727 COMPLAINT [DKT #22]**

THIS CAUSE came before the Court on the *Motion to Extend Deadlines for Filing of § 532 and/or § 727 Complaint* [Dkt #22] (the "**Motion**") filed by Derek A. Henderson, Trustee herein ("**Trustee**") and the *Joinders* filed therein by Marvin L. Scott [Dkt #26] and National City Commercial Capital Company, LLC n/k/a PNCEF, LLC. The Court, being advised that the Debtor has agreed to the relief requested in the Motion, finds that the Motion should therefore be granted.

IT IS THEREFORE ORDERED that the Motion is hereby granted, and the deadline for all creditors to file complaints under § 523 and/or § 727 is hereby extended through and including March 31, 2010.

1

Agreed and Approved:

/s/ *Derek A. Henderson*
Chapter 7 Trustee

/s/ *Douglas C. Noble*
Counsel for Marvin L. Scott

/s/ *Kristina M. Johnson*
Counsel for National City Commercial Capital Company, LLC

/s/ *Eileen N. Shaffer*
Counsel for Debtor