THU-25308 0538-3 b18 09-03131
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS  39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

```
PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18
```

088223  3488 1 SP 0.440  35205  1 2  6511-0-89089

REGIONS BANK
321 3RD AVE S.
BIRMINGHAM, AL 35205

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 14 2010
DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

**FIRST-CLASS MAIL**

NIXIE           352    DE  1           00  06/09/10
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 39225244848           *2739-07824-05-29